**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Alyssa L. Christopher             CHAPTER 7
aka Alyssa L. Watson     Debtor(s)

BKY. NO. 23-10348 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of VANDERBILT MORTGAGE AND FINANCE, INC. and index same on the master mailing list.

                                        Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
13 Mar 2023, 13:20:37, EDT

                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106-1532
                                 (215) 627-1322