United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-10348-amc
Alyssa L. Christopher  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alyssa L. Christopher, 555 Dresher Road, #171, Horsham, PA 19044-2075 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CAROL B. MCCULLOUGH | on behalf of Debtor Alyssa L. Christopher mcculloughheisenberg@gmail.com cbmccullough64@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Vanderbilt Mortgage and Finance Inc. bkgroup@kmllawgroup.com |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |
| GARY F. SEITZ | gseitz@gsbblaw.com gfs@trustesolutions.net |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Vanderbilt Mortgage and Finance Inc. mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2    User: admin    Page 2 of 2
Date Rcvd: May 15, 2023    Form ID: 195    Total Noticed: 1
TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 7

Alyssa L. Christopher                                    : Case No. 23−10348−amc
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , May 15, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Ashely M. Chan
    Judge , United States Bankruptcy Court

23
Form 195